UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW MICHAEL THOMAS,<br><br>              Plaintiff,<br><br>    v.<br><br>EVELYN THOMAS, et. al.,<br><br>              Defendants. | CASE NO. C11-1418 MJP<br><br>ORDER GRANTING MOTION TO SERVE SUMMONS AND GRANTING EXTENSION OF INITIAL DEADLINES |

      This matter comes before the Court on Plaintiff's ex parte motion for an extension of time and motion to serve summons. (Dkt. Nos. 10 and 11.)

      Plaintiff Michael Thomas is a homeless individual who appears to be represented by Vrlina Nozlic pro se. Based on the complaint filed September 2011, Thomas granted Nozlic, his sister, power of attorney. Nozlic is Thomas's sister and brings this suit against Defendants for Americans with Disability Act violations, defamation, harassment, and denying Thomas health care. Defendants are government and private health care workers.

      Plaintiff now requests the Court order service of the summons on Defendants and seeks an extension of time regarding initial scheduling dates. Because Plaintiff was granted leave to

ORDER GRANTING MOTION TO SERVE
SUMMONS AND GRANTING EXTENSION OF
INITIAL DEADLINES- 1

1 proceed in forma pauperis, the Court GRANTS Plaintiff's motion to serve the summons and

2 ORDERS the Clerk of the Court to effectuate service. See Fed. R. Civ. P. 4(c)(3) ("At the

3 plaintiff's request, the court may order that service be made by a . . . person specially appointed

4 by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis

5 under 28 U.S.C. § 1915.") Since Plaintiff has not yet served Defendants, the Court also

6 GRANTS Plaintiff's request to extend initial scheduling dates by thirty (30) days.

  The clerk is ordered to provide copies of this order to all counsel.

  Dated this 16th day of December, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER GRANTING MOTION TO SERVE
SUMMONS AND GRANTING EXTENSION OF
INITIAL DEADLINES- 2